CAPITOL WINE & SPIRIT CORP., Appellant, *v.* LOUIS I. POKRASS et al., Respondents, et al., Defendants.

Submitted May 14, 1951; decided May 24, 1951.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 734.]